# LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

March 26, 2004

Christopher J. Perry
Direct: 617.217.2063
Direct Fax: 617.217.2599
cperry@littler.com

**_VIA HAND DELIVERY – ROUND TRIP_**

Clerk of Courts
United States District Court
for the District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02210

04cv10546 WGY

Re:   Salvietti v. Ropak, et al.

Dear Sir or Madam:

Enclosed for filing in the above-referenced matter, recently removed from Middlesex Superior Court by the Defendants, please find a certified copy of all records and proceedings from the state court action. Kindly acknowledge filing of the enclosed materials by date/time stamping the enclosed copy of this letter and returning it to the waiting messenger. I appreciate your prompt attention to this matter.

Please contact me if you have any questions or require anything further at this time.

Sincerely,

Christopher J. Perry

CJP/vfm
Enclosure

cc:   Tamsin R. Kaplan, Esquire

ARIZONA
CALIFORNIA
COLORADO
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
MASSACHUSETTS
MINNESOTA
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
PENNSYLVANIA
TEXAS
WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM℠
225 Franklin Street, 26th Floor, Boston, Massachusetts 02110.2804 Tel: 617.217.2831 Fax: 617.217.2559 www.littler.com