UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TARA SALVIETTI,

    Plaintiff,

v.

ROPAK ATLANTIC, INC.
ROPAK CORPORATION and
JOHN MCDOWELL,

    Defendants.

Civil Action No. 04-10546WGY

## CERTIFICATION

I, John McDowell, hereby certify that counsel and I have conferred with a view towards establishing a budget for the costs of conducting the full course of the litigation and the possibility of resolving the litigation through the use of alternative dispute resolution programs.

                                                                _____
                                                                John McDowell

Date: April 26, 2004