UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TARA SALVIETTI,

    Plaintiff,

v.   Civil Action No. 04-CV-10546 WGY

ROPAK ATLANTIC, INC.,
ROPAK CORPORATION, and
JOHN MCDOWELL,

    Defendants.

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Plaintiff Tara Salvietti and her attorney, Tamsin R. Kaplan, Esq., certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (b) to consider the resolution of the litigation through the use of alternative resolution programs.

Plaintiff Tara Salvietti

*[signature]*

Respectfully submitted,
Tara Salvietti
By Her Attorneys,

*[signature]*
Tamsin R. Kaplan BBO # 561558
TAMSIN R. KAPLAN & ASSOCIATES, P.C.
90 Concord Avenue
Belmont, MA 02478
(617) 484-3210

Dated: April 27 2004

## CERTIFICATE OF SERVICE

I, Tamsin R. Kaplan, hereby certify that I have served a copy of the foregoing document on this 27TH day of April, 2004 by ~~fax and~~ first class mail upon the attorney of record for the Defendants, Christopher J. Perry, Littler Mendelson, P.C., 225 Franklin Street, 26th Floor, Boston, MA 02110.

Tamsin R. Kaplan