SCANNED
DATE: 4-27-04
BY: CMB

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 APR 26 P 3: 58

U.S. DISTRICT COURT
DISTRICT OF MASS

TARA SALVIETTI,

    Plaintiff,

v.

ROPAK ATLANTIC, INC.
ROPAK CORPORATION and
JOHN MCDOWELL,

    Defendants.

Civil Action No. 04-10546WGY

May 4, 2004
YOUNG, D.J. — as modified
So ordered as the case management scheduling order.
Discovery due Nov 19 2004
Dispositive Motions due Dec 17, 2004

William G. Young
U.S. District Judge

### PARTIES' JOINT STATEMENT

The parties in this matter, by their counsel, hereby propose the following schedule for this matter:

1. All discovery shall be completed shall by November 19, 2004.

2. All summary judgment motions shall be served by December 17, 2004.

3. All oppositions to motions for summary judgment shall be served by January 21, 2005.

4. All replies to motions for summary judgment shall be served by February 4, 2005. WGY

5. The final pre-trial conference shall be scheduled in conjunction with the initial scheduling conference.

6. Parties do not consent to trial by Magistrate Judge.

Counsel for the parties also hereby certify that they have conferred with their clients with a view to establishing a budget for the costs of conducting the full course of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs. Counsel for the defendants also attaches hereto certifications from his clients that

such conferences have occurred. Counsel for the plaintiff shall file such certification under separate cover.

_____  
Tamsin R. Kaplan, BBO #561558  
Tamsin R. Kaplan & Associates, P.C.  
90 Concord Avenue  
Belmont, MA 02478  
Tel: 617-484-3210  

Dated: 4/26/04

_____  
Christopher J. Perry, BBO #547552  
Littler Mendelson, P.C.  
225 Franklin Street, 26th floor  
Boston, MA 02110  
Tel: 617-217-2831  

Dated: 4/26/04

CERTIFICATE OF SERVICE  
I hereby certify that a true copy of the above document was served upon the attorney on record for each other party by mail/hand delivery on:

4/26/04