UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TARA SALVIETTI,

    Plaintiff,

v.

ROPAK ATLANTIC, INC.
ROPAK CORPORATION and
JOHN MCDOWELL,

    Defendants.

Civil Action No. 04-10546WGY

## LOCAL RULE 7.3 DISCLOSURE

Ropak Corporation is a wholly-owned subsidiary of Linpac Group of the United Kingdom, which is owned by Montegue, also of the United Kingdom, none of which is publicly held. Ropak Atlantic is a wholly-owned subsidiary of Ropak Corporation.

ROPAK ATLANTIC, INC.,
ROPAK CORPORATION, and
JOHN MCDOWELL,

By its attorneys,

_____
Christopher J. Perry (BBO #547552)
Littler Mendelson, P.C.
225 Franklin Street, 26th Floor
Boston, MA 02110
Tel: (617) 217-2831

Dated: May 5, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the attorney of record for each other party by mail on May 5, 2004.

_____
Christopher J. Perry