UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-10546 MEL

TARA SALVIETTI,

          Plaintiff,

v.

ROPAK ATLANTIC, INC.,
ROPAK CORPORATION, and
JOHN MCDOWELL

          Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL

Undersigned counsel hereby withdraws her appearance as counsel for Plaintiff Tara Salvietti in the above captioned matter.

Respectfully submitted,

*Kathleen Culver*
Kathleen H. Culver BBO #647587
TAMSIN R. KAPLAN & ASSOCIATES, P.C.
90 Concord Avenue
Belmont, MA 02478
(617) 484-3210

Dated: May 13, 2004

## CERTIFICATE OF SERVICE

I, Heather M. Nelson, hereby certify that I have served a copy of the foregoing document on this 14th day of May, 2004 by first class mail, postage prepaid, upon Christopher J. Perry, Littler Mendelson, 225 Franklin Street, 26th Floor, Boston, MA 02110.

_____
Heather M. Nelson