UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

TARA SALVIETTI,

           Plaintiff,

-against-

ROPAK ATLANTIC, INC.,
ROPAK CORPORATION, and
JOHN MCDOWELL,

           Defendants.

04-CV-10546

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that the above-entitled action be and hereby is dismissed with prejudice, with each party to bear her and its own costs, expenses, disbursements and attorneys' fees.

Tara Salvietti, her attorney

By: _____
Tamsin R. Kaplan (BBO #561558)
Tamsin Kaplan & Associates, P.C.
90 Concord Avenue
Belmont, Massachusetts 0478
(617) 484-3210

Date: 8-10-04

Ropak Atlantic Inc.,
Ropak Corporation, and
John McDowell, their attorneys

By: _____
Christopher J. Perry (BBO #547552)
Littler Mendelson, P.C.
225 Franklin St., P.C.
Boston, Massachusetts 02110
(617) 217-2831

Date: 8/13/04